# First District Court of Appeal
# State of Florida

_____

No. 1D2023-0655
_____

Roosevelt Bonner, Jr.,

　　Appellant,

v.

State of Florida,

　　Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

February 22, 2024

Per Curiam.

　　Affirmed.

Lewis, Bilbrey, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Roosevelt Bonner, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.